```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 05402
    JERRY LL PECKHAM
    BARBARA ANITA PECKHAM                   CHAPTER 13

                                            JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-7221    SSN XXX-XX-2848
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/06/06 and confirmed on 12/20/06.

    2.  The case was dismissed after confirmation, 07/25/2008.

    3.  The Debtor paid a total of $  23786.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK | CURRENT MORTG | 17401.75 | .00 | 17401.75 |
| US BANK | MORTGAGE ARRE | 3558.30 | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 2605.15 | 131.46 | 2605.15 |
| SEARS BKRUPTCY RCVRY MGM | SECURED | 2200.00 | 164.91 | 611.07 |
| HSBC AUTO FINANCE | UNSECURED | 5145.77 | .00 | .00 |
| ADVOCATE SOUTH SUBURBAN | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN SALES CORP | UNSECURED | NOT FILED | .00 | .00 |
| AMOCO | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC PATHOLOGY CONSULTA | UNSECURED | NOT FILED | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| BLOCKBUSTER VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| BOLINGBROOK CHIROPRACTIC | UNSECURED | NOT FILED | .00 | .00 |
| CARDINAL SLEEP CENTERS | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY CHECK SERVICES I | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| COLLECTION PROFESSIONALS | UNSECURED | 629.80 | .00 | .00 |
| CST INC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| JOEL CHINNICI MD | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE VALLEY ANESTHESIO | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FITNESS QUEST INC | UNSECURED | NOT FILED | .00 | .00 |

```
FREDERIC MRUGALA              UNSECURED         NOT FILED              .00              .00
ICS INC                       UNSECURED         NOT FILED              .00              .00
ICS INC                       UNSECURED         NOT FILED              .00              .00
J MICHAEL MORGAN              UNSECURED         NOT FILED              .00              .00
LTD COMMODITIES               UNSECURED         NOT FILED              .00              .00
MIDWEST PHYSICIAN GROUP       UNSECURED         NOT FILED              .00              .00
NAPERVILLE RADIOLOGISTS       UNSECURED         NOT FILED              .00              .00
NAPERVILLE SURGICAL ASSO      UNSECURED         NOT FILED              .00              .00
PROVIDIAN NATIONAL BANK       UNSECURED         NOT FILED              .00              .00
SYBERT LANDSCAPING            UNSECURED         NOT FILED              .00              .00
TRANSAMERICA                  UNSECURED         NOT FILED              .00              .00
VINOD MOTIANI MD              UNSECURED         NOT FILED              .00              .00
US BANK                       UNSECURED            159.84              .00              .00
US BANK                       UNSECURED            336.50              .00              .00
```

Summary of disbursements:

|                    | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 25765.20  | .00      | 6271.91   | .00   | 32037.11 |
| PRINCIPAL PAID     | 20617.97  | .00      | .00       | .00   | 20617.97 |
| INTEREST PAID      | 296.37    | .00      | .00       | .00   | 296.37   |
| TOTAL PAID         | 20914.34  | .00      | .00       | .00   | 20914.34 |

The Debtor's attorney, PETER FRANCIS GERACI     , was allowed $ 3000.00 and was paid $ 1874.00 .

The Trustee received $   997.66 .

Refunds to the Debtor totaled $     .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/08/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                              PAGE   3
       CASE NO. 06 B 05402 JERRY LL PECKHAM & BARBARA ANITA PECKHAM
```